**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**September 17, 2025**

KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

NO. 4:25-MJ-452-BJ

JOY GIBSON (05)

### APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum and

1.   Name of Detainee: JOY GIBSON

2.   DOB: XX/XX/1993; Johnson County SO Number: 202502016

3.   Detained by: Johnson County Sheriff's Department, 1102 E. Kilpatrick Street, Cleburne, Texas 76031

3.   Detainee is charged in this district by () Indictment ( ) Information **(XX) Complaint** () Other, or is a witness not otherwise available by the ordinary process of the Court.

4.   Appearance is necessary forthwith for Initial Appearance before a United States Magistrate Judge, in the United States District Court, for the Northern District of Texas, Fort Worth Division.

_s/ Shawn Smith_
SHAWN SMITH
Assistant United States Attorney

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The above application is granted and the above-named custodian, as well as the Federal Bureau of Investigation, is hereby ORDERED to produce the named detainee on a date and time acknowledged by this court. Any further proceedings to be had in this cause, and at the conclusion of said proceedings, the United States Marshal Service is to return said detainee to the above-named custodian.

(CHARGE: Attempted Murder of Federal Officer, in violation of 18 U.S.C. §§ 1114(a)(3) and 1113 and 2; Discharging a Firearm During, in relation to, and in furtherance of a Crime of Violence, in violation of 18 U.S.C. §§ 924(c)(1)(A)(iii) and 2)

Date Signed:    September 17, 2025

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE